UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 21, 23] |

　　　　Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 29, 2015, the Magistrate Judge issued a Findings and Recommendation recommending denial of Plaintiff's motion for a preliminary injunction and/or temporary restraining order. The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on October 29, 2015 is adopted in full; and
2. Plaintiff's motion for a preliminary injunction and/or temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated:   **January 25, 2016**                        /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE