# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE BY THE UNITED STATES MARSHAL AS UNNECESSARY<br><br>[ECF No. 27] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's motion requesting the status of service on Defendants by the United States Marshal, filed January 22, 2016.

On December 9, 2015, the Court directed the United States Marshal to serve the second amended complaint on Defendants J. Alva, A. Chan, O'Daniels, F. Franco, J. Johnson, A. Santos, O.A. Ybarra, A. Sanchez, and A. Esqueda. (ECF No. 26.)

Plaintiff is advised that the United States Marshal was properly served with the December 9, 2015, service order, and Plaintiff is entitled to rely on service by the United States Marshal. Pursuant to Rule 4(m), the United States Marshal shall effectuate service within the 120 days. To date, there is no evidence that any of the Defendants have been served or waived service. At this time, service or

1 | process is ongoing and no action is required of Plaintiff.  Accordingly, Plaintiff's motion for service
2 | by the United States Marshal is DENIED as unnecessary.

4 | IT IS SO ORDERED.

5 | Dated:   **January 25, 2016**

6 | UNITED STATES MAGISTRATE JUDGE