UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRETRIAL/SCHEDULING CONFERENCE<br><br>[ECF No. 33] |

　　　　Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 16, 2016, Plaintiff filed a motion for the Court to conduct a pretrial/scheduling conference pursuant to Federal Rule of Civil Procedure 26.  Plaintiff's motion must be denied.

　　　　As stated in the Court's First Informational Order issued July 30, 2014, "the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions.  No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin."  (ECF No. 4, Order at 4:16-18.)

///

///

///

///

1

In this case, Defendants filed a pre-answer motion to dismiss on February 9, 2016, and therefore a discovery and scheduling order will not issue unless and until an answer is filed by Defendants. Accordingly, Plaintiff's motion for a pretrial/scheduling conference is DENIED.

IT IS SO ORDERED.

Dated:   **February 18, 2016**

UNITED STATES MAGISTRATE JUDGE