# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 57, 58, 59] |

　　　　Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 9, 2016, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motions for a preliminary injunction and/or temporary restraining order be denied.  The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days.  The thirty day time frame has expired and no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on December 9, 2016, is adopted in full; and
2. Plaintiff's motions for a preliminary injunction and/or temporary restraining order are denied.

IT IS SO ORDERED.

Dated: __**February 24, 2017**__         _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES CHIEF DISTRICT JUDGE