**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRY C. BLAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DEADLINE FOR FILING AN EXHAUSTION MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 75] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the deadline to file an exhaustion motion for summary judgment because of ongoing discovery, filed on October 31, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to January 16, 2018. All other deadlines set forth in the Court's September 1, 2017 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **October 31, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1