# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR, <br><br> Plaintiff, <br><br> v. <br><br> CDCR, et al., <br><br> Defendants. | Case No. 1:14-cv-01156-LJO-SAB (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME TO SERVE SUPPLEMENTAL RESPONSES TO DISCOVERY AND GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT <br><br> [80, 81] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to extend the time to serve supplemental responses to Defendants' discovery requests, filed December 6, 2017, and Defendants' motion to extend the deadline to file an exhaustion-based motion for summary judgment, filed December 20, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file an exhaustion-based motion for summary judgment is extended to February 22, 2018, and Plaintiff is directed to produce supplemental responses to Defendants' discovery requests at his scheduled deposition on January 17, 2018.

IT IS SO ORDERED.

Dated: **December 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1