| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| PERRY C. BLAIR, | Case No.: 1:14-cv-01156-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES |
| CDCR, et al., | [ECF No. 91] |
| Defendants. | |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for copies, filed April 2, 2018. Plaintiff requests copies of his opposition to Defendants' motion for summary judgment.

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914. Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court.

Plaintiff was advised in the Court's First Information Order issued on July 30, 2014, that "[i]f a party wants a file—stamped copy of a document returned for the party's own benefit, a copy for that purpose and a pre-addressed, pre-paid envelope must be included. The Court will not make copies of

1

filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis." (First Information Order, ECF No. 4, at ¶ I.)

Plaintiff has not shown good cause for the Court to send him free copies. Plaintiff has not explained why he requires a copy of his opposition. Plaintiff simply requests a copy. Accordingly, Plaintiff's request for copies is denied.

IT IS SO ORDERED.

Dated: **April 30, 2018**

UNITED STATES MAGISTRATE JUDGE