# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER, AND EXTENDING THE DISPOSITIVE MOTION DEADLINE FOR NINETY DAYS<br><br>[ECF No. 101]<br><br>**Dispositive Motion Deadline:** October 10, 2018 |

        Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

        Currently before the Court is Defendants' motion to modify the discovery and scheduling order to vacate the dispositive motion deadline, currently set for July 12, 2018. (ECF No. 101.) In support, defense counsel declares that a settlement conference is set in another case which may include a settlement of this case. Further, there are pending findings and recommendations on Defendants' motion for summary judgment for the failure to exhaust administrative remedies, which may eliminate some claims and affect the preparation of any summary judgment motion(s) on the merits. Defendants seek for the dispositive motion deadline to be vacated, and for the deadline to be re-set when the summary judgment motion on the failure to exhaust administrative remedies is determined, if this case does not settle.

1

The Court finds good cause to grant Defendant's motion. Fed. R. Civ. P. 16(b)(4). However, the Court finds that rather than vacate the deadline, it will extend the deadline ninety-days, which will sufficiently allow for the matters Defendant discusses, while keeping this matter efficiently moving ahead towards resolution.

Accordingly, Defendant's motion is HEREBY GRANTED, in part. The dispositive motion deadline set in the September 1, 2017 discovery and scheduling order is extended, until **October 10, 2018**.

IT IS SO ORDERED.

Dated: **July 10, 2018**

UNITED STATES MAGISTRATE JUDGE