# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>        Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AS TESTIFICANDUM ISSUED ON SEPTEMBER 12, 2018<br><br>[ECF No. 105] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 8, 2018, the Court set an <u>Albino</u> evidentiary hearing for October 11, 2018, at 10:30 a.m. before the undersigned to determine disputed issues of fact regarding the exhaustion of administrative remedies. (ECF No. 104.) On September 12, 2018, the Court issued an order and writ of habeas corpus as testificandum to transport Plaintiff to the Court on October 11, 2018. However, by way of separate order, the Court has rescheduled the evidentiary hearing date from October 11, 2018 to **October 24, 2018, at 1:30 p.m.** before the undersigned.

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on September 12, 2018 is **VACATED**;

2. The Court will re-issue a new writ of habeas corpus ad testificandum for the October 24, 2018 hearing in due course; and

3. The Clerk of Court is directed to serve a copy of this order on the Litigation Coordinator at Calipatria State Prison.

IT IS SO ORDERED.

Dated: **September 20, 2018**

UNITED STATES MAGISTRATE JUDGE