# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER RESCHEDULING EVIDENTIARY HEARING DATE FROM OCTOBER 11, 2018 TO **OCTOBER 24, 2018 AT 1:30 P.M.** IN COURTROOM #9 (SAB) |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 8, 2018, the Court set an <u>Albino</u> evidentiary hearing for October 11, 2018, at 10:30 a.m. before the undersigned to determine disputed issues of fact regarding the exhaustion of administrative remedies. (ECF No. 104.) Due to a conflict in the Court's calendar, it is necessary to reschedule the evidentiary hearing date from October 11, 2018 to **October 24, 2018, at 1:30 p.m.** before the undersigned. All other deadlines and dates set forth in the Court's August 8, 2018 order remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 20, 2018**

                                          UNITED STATES MAGISTRATE JUDGE

1