UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>               Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>               Defendants. | Case No. 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **INMATE PERRY C. BLAIR**, CDCR #G-00398<br><br>DATE: October 24, 2018<br>TIME: 1:30 p.m.<br>COURTROOM: 9 (SAB) |

**Inmate Perry C. Blair**, **CDCR #G-00398**, a necessary and material witness on his own behalf in proceedings in an evidentiary hearing on October 24, 2018, is confined at Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on Wednesday, October 24, 2018, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Calipatria State Prison:**

**WE COMMAND** you to produce the inmate named above, **along with his legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 25, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

