# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE EXHIBITS<br><br>(ECF No. 111)<br><br>DEADLINE: OCTOBER 15, 2018 |

　　　　Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. An Albino evidentiary hearing is set in this matter for October 24, 2018. (ECF Nos. 104, 108.) In the order setting the hearing, the parties were ordered to file exhibit lists, along with two copies of their exhibits on or before September 24, 2018. On September 27, 2018, Plaintiff filed a request for an extension of time to file his exhibits. The Court finds good cause to grant Plaintiff's request. To the extent that Plaintiff is requesting to testify at the hearing, an order and writ to transport Plaintiff for the hearing has been issued.

/ / /

/ / /

/ / /

1

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to file exhibits is GRANTED and Plaintiff shall file his exhibit list and two copies of his exhibits on or before October 15, 2018.

IT IS SO ORDERED.

Dated:  **October 1, 2018**

UNITED STATES MAGISTRATE JUDGE