# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER DENYING AS UNNECESSARY PLAINTIFF'S MOTION TO TESTIFY AND PRESENT EVIDENCE AT THE EVIDENTIARY HEARING SET FOR OCTOBER 24, 2018<br><br>[ECF No. 113] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

An Albino evidentiary hearing is set in this matter for October 24, 2018.

Currently before the Court is Plaintiff's motion to testify and present exhibits at the evidentiary hearing, filed September 27, 2018. (ECF No. 113.)

In the order setting the hearing, the parties were ordered to file exhibit lists, along with two copies of their exhibits on or before September 24, 2018. On September 27, 2018, Plaintiff filed a request for an extension of time to file his exhibits. (ECF No. 11.) On October 1, 2018, the Court granted Plaintiff's request for an extension of time to file his exhibits and the exhibits are due on or before October 15, 2018. (ECF No. 114.)

///

///

1

Plaintiff's present request to testify at the evidentiary hearing and present evidence is denied as unnecessary as Plaintiff is permitted to testify and present evidence at the hearing on October 24, 2018. Indeed, on September 26, 2018, an order and writ to transport Plaintiff for the hearing was issued. (ECF No. 110.) Accordingly, Plaintiff's present motion is denied as unnecessary.

IT IS SO ORDERED.

Dated: __October 2, 2018__

UNITED STATES MAGISTRATE JUDGE