# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01156-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR MODIFICATION OF THE SCHEDULING ORDER AND DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 117] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for modification of the scheduling order and dispositive motion deadline, filed October 9, 2018.

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to ninety days after the final ruling on the pending evidentiary hearing on Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: **October 9, 2018**

                                                UNITED STATES MAGISTRATE JUDGE