# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01156-DAD-SAB (PC)<br><br>Appeal No. 21-15845<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL<br><br>(ECF No. 161) |

On April 8, 2021, Defendants' motion for summary judgment was granted and judgment was entered in favor of Defendants. (ECF Nos. 156, 157.)

On May 7, 2021, Plaintiff filed a notice of appeal. (ECF No. 157.)

On July 12, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (ECF No. 161.) The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __July 14, 2021__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1